KEVIN G. McCURDY (SBN 115083)
MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599

**E-FILING**

**FILED**

2008 JUL -3 P 2: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION, a Delaware
Corporation,

              Plaintiff,

       v.

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, a
Pennsylvania Corporation, and DOES 1
through 100, inclusive

              Defendant.

CASE NO. **C08 03238**

**PVT**

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS**

       The undersigned counsel of record for The Insurance Company of the State of

Pennsylvania certifies that plaintiff Intel Corporation, defendant Insurance Company of the State

of Pennsylvania and its parent companies, AIG Commercial Insurance Group, AIG Property

Casualty Group, Inc. and American International Group, Inc., may have a pecuniary interest in the

outcome of this case.  These representations are made to enable the Court to evaluate possible

disqualification or recusal.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

29185.doc

- 1 -

Dated: July 3, 2007

McCURDY & FULLER LLP

By _____

*for* KEVIN G. McCURDY
Attorneys for Defendant
THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500