KEVIN G. McCURDY (SBN 115083)
MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: mary.mccurdy@mccurdylawyers.com

Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. C 08 03238 PVT<br><br>**PROOF OF SERVICE** |

29187

- 1 -
Proof Of Service

**PROOF OF SERVICE**
*Intel Corporation v. The Insurance Company of the State of Pennsylvania*
**United States District Court, Northern District of California**
C 08 03238 PVT

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**SEE ATTACHED DOCUMENT LIST**

Addressed to the following recipients:

Lester O. Brown, Esq.
Fiona A. Chaney, Esq.
Howrey LLP
550 South Hope St., Suite 1100
Los Angeles, CA  90071
Fax: (213) 892-200
*(Attorneys for Plaintiff)*

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

__X__ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

_____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on this date to the offices of the addressee by 5:00 p.m.

_____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

__X__ (Federal) I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 7, 2008, at Menlo Park, California

_____
Lena S. Nielsen

29187

- 2 -
Proof Of Service

## DOCUMENT LIST

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL**

**WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

**PROOF OF SERVICE**