Lester O. Brown (SBN 160828)
Fiona A. Chaney (SBN 227725)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California  90071
Telephone:  (213) 892-1800
Facsimile:  (213) 892-2300

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corporation, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>The Insurance Company of the State of Pennsylvania, a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | Case No.  C08-03238-PVT<br><br>**INTEL CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

　　　　Pursuant to Local Rule 3-13, plaintiff, Intel Corporation ("Intel") submits that  this action involves essentially the same claims as *Intel Corporation v. XL Insurance America, Inc.*, which currently is pending in the Superior Court of California, Santa Clara County, Case No. 1-06-CV-061620 before the Honorable Jack Komar (the "*Intel v. XL* Action").

　　　　On April 12, 2006, Intel filed the *Intel v. XL* Action against XL Insurance America, Inc. ("XL"), Intel's first layer commercial umbrella liability insurance carrier.  XL issued two insurance policies to Intel for the period April 1, 1998 to April 1, 2001 (the "XL 00-01 Policy") and April 1, 2001 to April 1, 2002 (the "XL 01-02 Policy").  Intel filed the *Intel v. XL* Action to enforce Intel's rights to insurance coverage for two underlying lawsuits entitled *Barbara's Sales, Inc., et al. v. Intel Corporation*, et al, Case No. 02-L-788, filed in the Circuit

Court of Madison County, Illinois ("*Barbara's Sales* Action") and *Janet Skold, et al. v. Intel Corporation, et al*, Case No. RG 04145635 initially filed in the Superior Court of California, County of Alameda and now pending in the Superior Court of California, County of Santa Clara ("*Skold* Action") (collectively "the Underlying Litigation"). Both cases in the Underlying Litigation contained allegations which constitute covered claims under the comprehensive liability insurance policies issued by XL to Intel.

Intel and XL filed cross-motions for summary judgment in the *Intel v. XL* Action and on February 7, 2008, the Honorable Jack Komar, in interpreting the XL 00-01 Policy, found that "XL has failed to establish that Intel has no potentially covered liability in the Underlying Litigation and therefore there is a duty to defend." February 7, 2008, Order After Hearing at 8:13-14.

In or about May 2008, Intel and XL reached a settlement in principal which exhausted the XL 00-01 Policy. Nonetheless, the *Intel v. XL* Action has yet to be dismissed.

Following the exhaustion of the XL 00-01 Policy, on July 1, 2008, Intel filed its complaint in the Superior Court of California, County of Santa Clara, Case No. 1-08-CV-116396, for declaratory relief, and for damages arising from ICSOP's refusal to defend and/or indemnify Intel against the Underling Litigation that constitute covered claims under the follow form excess liability insurance policy issued by ICSOP for the policy period of April 1, 1998 to April 1, 2001. Additionally, on July 1, 2008, Intel also filed a Notice of Related Case in the Superior Court identifying the *Intel v. XL* Action and the *Skold* action,[1] both of which are pending in front of the Honorable Jack Komar. Shortly thereafter, on July 3, 2008, ICSOP filed its Notice of Removal of Civil Action Under 28 U.S.C. § 1332 [Diversity Jurisdiction].

Both the *Intel v. XL* Action and the instant action involve issues of insurance coverage for the same Underlying Litigation and both actions involve the same insurance policy language issued by XL and ICSOP. Although ICSOP is not a party to the *Intel v. XL* Action,

---

[1] The *Barbara's Sales* Action was dismissed with prejudice on March 20, 2008.

1  the policy language is the same and the proceedings should be, at a minimum, coordinated to
2  avoid conflicts, conserve resources and promote efficient determination of the action.

3                                                          Respectfully submitted,

4  Dated: July 15, 2008                                    HOWREY LLP

6
7                                                   By:    /s/ Lester O. Brown
                                                           Lester O. Brown
                                                           Attorneys for Plaintiff
8                                                          Intel Corporation

-3-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

DM_US:21342115_1