KEVIN G. McCURDY (SBN 115083)
MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: mary.mccurdy@mccurdylawyers.com

Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation, and DOES 1 through 100, inclusive<br><br>Defendant. | CASE NO. 08 03238 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Insurance Company of the State of Pennsylvania ("ICSOP") hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 16, 2007                                    McCURDY & FULLER LLP

By _____
KEVIN G. McCURDY
Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

29358

- 1 -

**Declination to Proceed Before a Magistrate Judge & Request for Reassignment to a U. S. District Judge**