1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION

4

5  **INTEL CORPORATION,**      **C 08-3238 PVT**

6             **Plaintiff(s),**      **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

8  **VS.**

9  **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,**

10             **Defendant(s).**
11  _____

12         The Clerk of this Court will now randomly reassign this case to a United
13  States District Judge because one or more of the parties has requested reassignment to
14  a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

15         PLEASE TAKE NOTICE that a Case Management Conference in the above-
16  entitled matter which was previously set for October 21, 2008 before the Honorable
17  Patricia V. Trumbull has been rescheduled for **October 24, 2008 at 10:30 a.m.,** before
18  the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the
19  U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a
20  Joint Case Management Statement on or before October 17, 2008.

21         If the above-entitled matter settles counsel are required to notify the Court
22  by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off
23  calendar.

24  Dated: July 16, 2008                     RICHARD W. WIEKING,
25                                   Clerk of Court

26                                   /s/ Corinne Lew
27                                   Corinne Lew
                                     Courtroom Deputy
28