```
 1  Lester O. Brown (SBN 160828)
    Fiona A. Chaney (SBN 227725)
 2  HOWREY LLP
    550 South Hope Street, Suite 1100
 3  Los Angeles, California  90071
    Telephone:  (213) 892-1800
 4  Facsimile:  (213) 892-2300
    Email: brownl@howrey.com; chaneyf@howrey.com
 5
    Attorneys for Plaintiff Intel Corporation
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
```

| | |
|---|---|
| Intel Corporation, a Delaware corporation, | Case No.  C08-03238-JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF INTEL CORPORATION'S CIVIL LOCAL RULE 79-5(b), (c) AND (d) ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL INTEL CORPORATION'S MOTION FOR SUMMARY JUDGMENT, EXHIBIT C TO THE SUPPORTING DECLARATION OF DIANE LABRADOR, EXHIBIT G TO THE REQUEST FOR JUDICIAL NOTICE, AND DECLARATION OF MALOU DELEON** |
| vs. | |
| The Insurance Company of the State of Pennsylvania, a Pennsylvania corporation; and DOES 1 through 100, inclusive, | |
| Defendant. | |
| | **The Honorable Jeremy Fogel** |
| | Date:  December 19, 2008<br>Time:  9:00 a.m.<br>Dept:  3 |

HOWREY LLP

[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL

DM_US:21537573_1

1  The Court, having considered Plaintiff Intel Corporation's Administrative Motion
2  to File Under Seal Intel Corporation's Motion For Summary Judgment, Exhibit C to the
3  Supporting Declaration Of Diane Labrador, Exhibit G to the Request For Judicial
4  Notice, and the Supporting Declaration Of Malou Deleon, finds that good cause exists
5  pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is
6  GRANTED in its entirety.

7

8  The clerk shall maintain under seal the redaction portions of Intel's Motion for
9  Summary Judgment (4:15-18; 7:19-21 and 22:17-20), Exhibit C to the Declaration of
10 Diane Labrador (entire exhibit), Exhibit G to Intel's Request for Judicial Notice (8:20),
11 and the Declaration of Malou DeLeon (1:19-27).

12
13
14  It is SO ORDERED.
15
16  Dated: DES] SEL
17                                              Hon. Jeremy Fogel
                                                Judge, United States District Court
18
19
20
21
22
23
24
25
26
27
28

HOWREY LLP

[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL

DM_US:21537573_1