1  Lester O. Brown (SBN 160828)
   Fiona A. Chaney (SBN 227725)
2  HOWREY LLP
   550 South Hope Street, Suite 1100
3  Los Angeles, California  90071
   Telephone:  (213) 892-1800
4  Facsimile:  (213) 892-2300
   Email: brownl@howrey.com; chaneyf@howrey.com
5
   Attorneys for Plaintiff Intel Corporation
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | Intel Corporation, a Delaware corporation, | Case No.  C08-03238-JF
12 |                Plaintiff,                  | **[PROPOSED]** ORDER GRANTING PLAINTIFF INTEL
13 |                vs.                         | CORPORATION'S CIVIL LOCAL RULE 79-5(c) AND (d)
14 | The Insurance Company of the State of      | ADMINISTRATIVE MOTION TO
   | Pennsylvania, a Pennsylvania corporation;  | FILE UNDER SEAL JOINT CASE
15 | and DOES 1 through 100, inclusive,         | MANAGEMENT STATEMENT
16 |                Defendant.                  | **The Honorable Jeremy Fogel**

HOWREY LLP

[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL

DM_US:21530579_1

1 | The Court, having considered Plaintiff Intel Corporation's Administrative Motion
2 | to File Under Seal Joint Case Management Statement, finds that good cause exists
3 | pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is
4 | GRANTED in its entirety.
5 | The clerk shall maintain under seal page and line numbers 2:24-25, 5:17-19, and
6 | 6:26-27 (Ftn. 1) of the Joint Case Management Statement.

8 | It is SO ORDERED.

10 | Dated: 10/20/08

Hon. Jeremy Fogel
Judge, United States District Court

HOWREY LLP

[PROPOSED] ORDER RE MOTION TO FILE UNDER SEAL

DM_US:21530579_1