KEVIN G. McCURDY (SBN 115083)
MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: mary.mccurdy@mccurdylawyers.com

Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION, a Delaware Corporation,

Plaintiff,

v.

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation, and DOES 1 through 100, inclusive

Defendant.

**CASE NO. C08 03238 JF**

**STIPULATION AND ORDER REGARDING AMENDMENT OF ANSWER**

The undersigned counsel for plaintiff Intel Corporation ("Intel") and defendant The Insurance Company of the State of Pennsylvania ("ICSOP") stipulate as follows:

1. ICSOP may amend its answer in this action to assert an affirmative defense regarding arbitration of disputes over the appropriate rate to be paid to attorneys representing Intel in the underlying actions for which coverage is sought.

2. ICSOP may file the attached amendment to answer asserting this affirmative defense.

Dated: ~~October~~ November 6, 2008

McCURDY & FULLER LLP

By Kevin G. McCurdy
KEVIN G. McCURDY
Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: October ___, 2008

HOWREY LLP

By______________________
LESTER O. BROWN
FIONA A. CHANEY
Attorneys for Plaintiff
INTEL CORPORATION

IT IS SO ORDERED

DATED: 11/10/08

HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

Dated: October ___, 2008

McCURDY & FULLER LLP

By_______________________________
KEVIN G. McCURDY
Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: ~~October~~ November 6, 2008

HOWREY LLP

By_______________________________
LESTER O. BROWN
FIONA A. CHANEY
Attorneys for Plaintiff
INTEL CORPORATION

IT IS SO ORDERED

DATED: ____________________

_______________________________
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

KEVIN G. McCURDY (SBN 115083)
MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: mary.mccurdy@mccurdylawyers.com

Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation, and DOES 1 through 100, inclusive<br><br>Defendant. | **CASE NO. C08 03238 JF**<br><br>**AMENDMENT TO ANSWER OF DEFENDANT THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA** |

Defendant The Insurance Company of the State of Pennsylvania ("ICSOP") amends its answer, which was filed in this action on or about July 3, 2008 in the Superior Court for the County of Santa Clara, by adding the following affirmative defense:

**TWENTY SECOND AFFIRMATIVE DEFENSE**

ICSOP alleges that any dispute over the rates to be paid to attorneys defending Intel in the underlying actions must be resolved by arbitration as required under the ICSOP policy at issue in this action.

Dated: October ___, 2008

McCURDY & FULLER LLP

By_______________________________

KEVIN G. McCURDY
Attorneys for Defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500