1  Lester O. Brown (SBN 160828)
   Fiona A. Chaney (SBN 227725)
2  HOWREY LLP
   550 South Hope Street, Suite 1100
3  Los Angeles, California  90071
   Telephone:  (213) 892-1800
4  Facsimile:  (213) 892-2300
   Email: brownl@howrey.com; chaneyf@howrey.com
5
   Attorneys for Plaintiff Intel Corporation
6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  Intel Corporation, a Delaware corporation, ) Case No.  C08-03238-JF
                                               )
12          Plaintiff,                         ) **STIPULATION AND [PROPOSED]**
                                               ) **ORDER RE SUPPLEMENTAL**
13      vs.                                    ) **BRIEFING SCHEDULE ON INTEL**
                                               ) **CORPORATION'S MOTION FOR**
14  The Insurance Company of the State of      ) **PARTIAL SUMMARY JUDGMENT**
    Pennsylvania, a Pennsylvania corporation;  ) **AGAINST DEFENDANT THE**
15  and DOES 1 through 100, inclusive,         ) **INSURANCE COMPANY OF THE**
                                               ) **STATE OF PENNSYLVANIA**
16          Defendant.                         )
                                               ) **The Honorable Jeremy Fogel**
17                                             )
                                               )
18                                             ) **Date:  May 15, 2009**
                                               ) **Time:  9:00 a.m.**
19                                             ) **Dept:  3**
                                               )
20                                             )
                                               )
21  _____

22

23

24

25

26

27

28

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING SCHEDULE

1    IT IS HEREBY STIPULATED by and among the undersigned counsel for all

2  parties herein that:

3        1.        Defendant The Insurance Company of the State of Pennsylvania

4                  ("ICSOP") shall file and serve its supplemental brief with respect to

5                  Plaintiff Intel Corporation's ("Intel") Motion for Partial Summary

6                  Judgment Against ICSOP on or before April 22, 2009;

7        2.        Intel thereafter shall file its reply brief in response to ICSOP's

8                  supplemental brief on or before May 4, 2009; and

9        3.        Intel's Motion for Partial Summary Judgment shall be heard on

10                 Friday, May 15, 2009 at 9:00 a.m. in Department 3 of the above-

11                 entitled Court.

12

13  Dated: April 2, 2009                    HOWREY LLP

14

15

16                                          By:  /s/ Lester O. Brown
                                                 Lester O. Brown
17                                               Attorneys for Plaintiff
                                                 Intel Corporation

18  Dated: April 2, 2009                    MCCURDY & FULLER LLP

19

20

21                                          By: _Kevin G. McCurdy_
                                                Kevin G. McCurdy
22                                              Attorneys for Defendant
                                                The Insurance Company of the State
23                                              of Pennsylvania

24  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

25

26  Dated: 4/9/09

27                                          Hon. Jeremy Fogel
                                            Judge, United States District Court

28

STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING SCHEDULE

DM_US:22038840_1