1  Lester O. Brown (SBN 160828)
   Fiona A. Chaney (SBN 227725)
2  HOWREY LLP
   550 South Hope Street, Suite 1100
3  Los Angeles, California 90071
   Telephone: (213) 892-1800
4  Facsimile: (213) 892-2300
   Email: brownl@howrey.com; chaneyf@howrey.com
5
   Attorneys for Plaintiff Intel Corporation
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | Intel Corporation, a Delaware corporation, | Case No. C08-03238-JF

12 |     Plaintiff,                              | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INTERVENOR MARKEL AMERICAN INSURANCE COMPANY**

13 |     vs.                                     |

14 | The Insurance Company of the State of Pennsylvania, a Pennsylvania corporation; and DOES 1 through 100, inclusive, | **The Honorable Jeremy Fogel**

16 |     Defendant.                              |

---

HOWREY LLP

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INTERVENOR MARKEL AMERICAN INSURANCE COMPANY

DM_US:21932359_1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein that Intervenor Markel American Insurance Company shall be dismissed with prejudice from the above-captioned action. |

Dated: March 18, 2009

HOWREY LLP

By: _____
Lester O. Brown
Attorneys for Plaintiff
Intel Corporation

Dated: March 17, 2009

MCCURDY & FULLER LLP

By: _____
Kevin G. McCurdy
Attorneys for Defendant
The Insurance Company of the State of Pennsylvania

Dated: June ___, 2009

LONG & LEVIT LLP

By: _____
Howard M. Garfield
Attorneys for Intervenor
Markel American Insurance Company

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 6/5/09

_____
Hon. Jeremy Fogel
Judge, United States District Court

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INTERVENOR MARKEL AMERICAN INSURANCE COMPANY

DM_US:21932359_1