Lester O. Brown (SBN 160828)
Fiona A. Chaney (SBN 227725)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: brownl@howrey.com; chaneyf@howrey.com

Attorneys for Plaintiff Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corporation, a Delaware corporation, | Case No. C08-03238-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |
| vs. | |
| The Insurance Company of the State of Pennsylvania, a Pennsylvania corporation, | **The Honorable Jeremy Fogel** |
| Defendant. | |

HOWREY LLP

1  IT IS HEREBY STIPULATED by and among the undersigned counsel for all
2  parties herein that pursuant to the Settlement and Release Agreement executed by
3  Plaintiff Intel Corporation and Defendant The Insurance Company of the State of
4  Pennsylvania, this action shall be dismissed with prejudice and that each party shall bear
5  its own costs.

Dated: September 10, 2009              HOWREY LLP

                                       By: ___/s/_____
                                           Lester O. Brown
                                           Attorneys for Plaintiff
                                           Intel Corporation

Dated: September 10, 2009              MCCURDY & FULLER LLP


                                       By: _Kevin G. McCurdy_____
                                           Kevin G. McCurdy
                                           Attorneys for Defendant
                                           The Insurance Company of the State
                                           of Pennsylvania

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: MADLM                           _____
                                       Hon. Jeremy Fogel
                                       Judge, United States District Court

---

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

DM_US:22416570_1